# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

*FILED*

2009 SEP -3 A 9: 19

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

*E-filing*

### *SAN JOSE DIVISION*

## THE UNITED STATES OF AMERICA

### *vs.*

### CARLOS IVAN VARGAS, SR.,
### JOHN MASAKAZU TASHIRO, and
### DANIEL JOSE DOMINGUEZ

# INDICTMENT

**COUNT ONE**: Title18, United States Code, Section 371 – Conspiracy to Commit Mail and Wire Fraud.

**COUNT TWO**: Title18, United States Code, Section 1341 – Mail Fraud.

**COUNTS THREE THROUGH ELEVEN**: Title18, United States Code, Section 1343 – Wire Fraud.

**COUNT TWELVE**: Title18, United States Code, Section 1956(h) – Conspiracy to Commit Money Laundering.

*A true bill.*

_Jim Bonn_____*Foreperson*

*Filed in open court this* ___2___ *day of* ___Sept___

*A.D. 2009*

_____
**UNITED STATES MAGISTRATE JUDGE**

Issue summons for each def; Oct 8, 2009 (PVT)

**Bail. $** _____

1   JOSEPH P. RUSSONIELLO (CASBN 44332)
    United States Attorney

2

    Attorney for Plaintiff

3

                                            FILED

                                    2009 SEP -3   A 9: 20

4                                   RICHARD W. WIEKING
                                         CLERK
5                                   U.S. DISTRICT COURT
                                    NO. DIST. OF CA. S.J.

6

    E-filing

7

8               UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

10                  SAN JOSE DIVISION

11   CR - 09   00888   JF

12   UNITED STATES OF AMERICA,          )   Criminal No.:
                                        )
13              Plaintiff,              )   VIOLATIONS: 18 U.S.C. § 371 –
                                        )   Conspiracy; 18 U.S.C. § 1341 – Mail
14         v.                           )   Fraud; 18 U.S.C. § 1343 – Wire Fraud;
                                        )   18 U.S.C. § 1956(h) – Conspiracy to
15   CARLOS IVAN VARGAS, SR.,           )   Commit Money Laundering; 18 U.S.C. §
     JOHN MASAKAZU TASHIRO, and         )   982(a)(1) – Money Laundering Forfeiture
16   DANIEL JOSE DOMINGUEZ,             )
                                        )
17              Defendants.             )
                                        )
18   _____   )

19                    I N D I C T M E N T

20   The Grand Jury charges:

21                      Introduction

22   1.    At all times relevant to this Indictment:

23         a.    Carlos Ivan Vargas, Sr. ("Vargas") was the President of Attorney's

24   Printing Supply ("APS"), a printing business located at 120 2nd Street, San Francisco, California.

25   APS was primarily involved in the business of supplying printing services and supplies to law

26   firms in Northern California. Vargas's work e-mail address was "cvargas@apsint.com."

     **INDICTMENT**

1    b.   Wilson Sonsini Goodrich & Rosati ("WSGR") was and is a large law firm

2    with its main offices in Palo Alto, California.  APS supplied WSGR with stationary, envelopes,

3    business cards, and other office supplies.

4    c.   John Masakazu Tashiro ("Tashiro") was employed by WSGR as a

5    purchasing specialist. He worked in WSGR's main offices in Palo Alto.  Tashiro's duties

6    included receiving orders for stationary and other office supplies, including tab dividers, from

7    "end-users," *i.e.*, departments within WSGR, placing those orders with APS, processing invoices

8    received from APS, approving those invoices for payment, and submitting them to WSGR's

9    accounting department.

10   d.   Daniel Jose Dominguez ("Dominguez") was the accounting manager for

11   APS. Dominguez had a fax machine in his office with the telephone number: (415) 442-0119.

12   e.   Tashiro submitted orders to APS by fax or e-mail. Orders sent by e-mail

13   went to Dominguez at either "ddominguez@apsint.com" or "Daniel@apsint.com."  APS had fax

14   numbers for different product departments.  Orders for tab dividers sent by facsimile were either

15   faxed to (415) 908-6329 or to the fax machine located in Dominguez's office, (415) 442-0119.

16   f.   Invoices from APS to WSGR were usually delivered by the United States

17   Postal Service.  On occasion they were hand-delivered along with a delivery of office supplies.

18   Payments sent by WSGR to APS were usually mailed.

19   g.   **Interstate Nexus for Wire Fraud**.  The domain name "apsint.com" was

20   registered with Network Solutions, LLC, based in Virginia.  The network servers that hosted the

21   "apsint.com" account were operated by Verio, a Colorado company.  The servers themselves

22   were located in Virginia.  Any e-mail sent by Tashiro from his WSGR computer to Dominguez

23   or Vargas at an "apsint.com" account therefore traveled from Palo Alto through Virginia before

24   being routed to San Francisco.

25                          The Scheme and Artifice to Defraud

26   2.   Between no later September 2002 and continuing until approximately November

INDICTMENT                              2

8, 2006, Tashiro conspired with Vargas and Dominguez to submit fraudulent orders for tab dividers to APS. APS billed WSGR for the fraudulent orders as if those tab dividers had in fact been delivered. The total amount WSGR overpaid APS for tab dividers that were never ordered nor delivered was approximately $1 million.

3.      WSGR also had legitimate orders for tab dividers from APS and those orders were also processed by Tashiro. When Tashiro had a legitimate order, he faxed the order to the tab divider department at APS, to fax number (415) 908-6329. APS would fill the order and deliver the supplies to WSGR. Tashiro sent the fraudulent orders directly to Dominguez, either by e-mailing them to Dominguez at one of the e-mail addresses described in subparagraph 1.e., or by faxing the fraudulent orders to Dominguez's office, to fax number (415) 442-0119.

4.      Dominguez billed WSGR for the fraudulent orders as if those orders had in fact been filled. APS invoiced WSGR identically regardless of whether the order was legitimate or fraudulent. All APS invoices for tab dividers went to Tashiro. Tashiro approved the fraudulent invoices along with the legitimate ones and submitted them in batches to the WSGR accounting department for payment. Payments from WSGR to APS for tab dividers generally included both legitimate and fraudulent invoices. Vargas sometimes paid Tashiro from his personal bank account, while on other occasions Vargas or Dominguez would issue an APS check, made payable to "petty cash," and pay Tashiro using the proceeds of that check.

COUNT ONE: (18 U.S.C. §§ 371 – Conspiracy to Commit Mail and Wire Fraud)

5.      The factual allegations contained in paragraphs 1 through 4 are realleged and incorporated as if fully set forth here:

6.      On or about and between September 2002 and November 8, 2006, in the Northern District of California, and elsewhere, the defendants,

CARLOS IVAN VARGAS, SR.,
JOHN MASAKAZU TASHIRO, and
DANIEL JOSE DOMINGUEZ,

did knowingly conspire to commit offenses against the United States, namely, mail and wire

INDICTMENT                                    3

1  fraud, in violation of Title 18, United States Code, Sections 1341 and 1343.

2  <u>Overt Acts Committed in Furtherance of the Conspiracy</u>

3      7.      During the course of the conspiracy, and in order to further the objects thereof,

4  the defendants and their co-conspirators knowingly committed, and caused to be committed, the

5  following overt acts, among others, in the Northern District of California, and elsewhere:

6          a.      On or about October 11, 2002, Vargas endorsed a check from WSGR for

7  $125,057.08.

8          b.      On or about April 9, 2003, Tashiro faxed an order for 49,475 side tab

9  dividers to APS at fax number (415) 442-0119.

10         c.      On or about April 11, 2003, Dominguez prepared an invoice (No. 4545)

11  for $6,962.37, representing the amount purportedly due to APS for the side tab dividers Tashiro

12  had "ordered" on April 9, 2003.

13         d.      On or about April 16, 2003, Tashiro approved an invoice from APS (No.

14  4617) for a total of $16,439.42, representing the total amount billed by APS for seven individual

15  invoices to WSGR.

16         e.      On or about April 28, 2003, the WSGR accounting department issued a

17  check to APS for $50,183.38, representing payment of several invoices from APS, including

18  invoice No. 4617 referenced in the preceding subparagraph.

19         f.      On or about May 7, 2003, Vargas endorsed a check from WSGR for

20  $26,665.12.

21         g.      On or about April 22, 2004, Tashiro faxed an order for 62,500 side tab

22  dividers to APS at fax number (415) 442-0119.

23         h.      On or about April 23, 2004, Dominguez prepared an invoice (No. 11368)

24  for $4,375.94, representing the amount purportedly due to APS for the side tab dividers Tashiro

25  had "ordered" on April 22, 2004.

26         i.      On or about April 23, 2004, Tashiro approved an invoice from APS (No.

**INDICTMENT**                                    4

1  11371) for a total of $ 7,198.63, representing the total amount billed by APS for two individual

2  invoices to WSGR.

3          j.      On or about April 30, 2004, the WSGR accounting department issued a

4  check to APS for $ 26,641.73, representing payment of several invoices from APS, including

5  invoice No. 11371 referenced in the preceding subparagraph.

6          k.      On or about May 21, 2005, Vargas wrote a check to Tashiro for $1,000.00.

7          l.      On or about May 23, 2005, Tashiro cashed the $1,000 check referenced in

8  the preceding subparagraph.

9          m.      On or about June 24, 2005, Vargas wrote a check to Tashiro for $1,500.00.

10         n.      On or about June 24, 2005, Tashiro cashed the $1,500 check referenced in

11 the preceding subparagraph.

12         o.      On or about August 16, 2005, Tashiro faxed an order for 45,000 side tab

13 dividers to APS at fax number (415) 442-0119.

14         p.      On or about August 17, 2005, Dominguez prepared an invoice (No.

15 19904) for $6,549.13, representing the amount purportedly due to APS for the side tab dividers

16 Tashiro had "ordered" on August 16, 2005.

17         q.      On or about August 31, 2005, Tashiro approved an invoice from APS (No.

18 19917) for a total of $6,776.45, representing the total amount billed by APS for three individual

19 invoices to WSGR.

20         r.      On or about September 12, 2005, the WSGR accounting department

21 issued a check to APS for $23,081.34, representing payment of several invoices from APS,

22 including invoice No. 19917 referenced in the preceding subparagraph.

23         s.      On or about October 28, 2005, Vargas wrote a check to Tashiro for $600.

24         t.      On or about October 31, 2005, Tashiro cashed the $600 check referenced

25 in the preceding subparagraph.

26         u.      On or about December 30, 2005, Tashiro sent an e-mail to Dominguez

**INDICTMENT**                                    5

1  with a tab order attached.  The message read: "Hey Danny, Here is one of two orders.  Please

2  date it 12/28.  Thanks.  John."

3          v.      On or about December 30, 2005, Tashiro sent an e-mail to Dominguez

4  with a tab order attached.  The message read: "Here is the second order.  You can put today's

5  date on it.  John."

6          w.     On or about March 6, 2006, at approximately 5:11 p.m., Tashiro sent an e-

7  mail to Dominguez with a tab order attached.  There was no message in the body.

8          x.      On or about March 6, 2006, at approximately 5:17 p.m., Tashiro sent an e-

9  mail to Dominguez that read: "Backdate to February 28th the tab order that was sent by email."

10          y.      On or about May 12, 2006, Tashiro faxed an order for 81,500 side tab

11  dividers to APS at fax number (415) 442-0119.

12          z.      On or about May 15, 2006, Dominguez prepared an invoice (No. 24060)

13  for $6175.66, representing the amount purportedly due to APS for the side tab dividers Tashiro

14  had "ordered" on May 12, 2006.

15          aa.     On or about May 31, 2006, Tashiro approved an invoice from APS (No.

16  24108) for a total of $10,665.91, representing the total amount billed by APS for six individual

17  invoices to WSGR.

18          bb.     On or about May 31, 2006, the WSGR accounting department issued a

19  check to APS for $18,173.63, representing payment of several invoices from APS, including

20  invoice No. 24108 referenced in the preceding subparagraph.

21      All in violation of Title 18, United States Code, Section 371.

22  COUNT TWO: (18 U.S.C. § 1341 – Mail Fraud)

23      8.      The factual allegations contained in paragraphs 1 through 4 are realleged and

24  incorporated as if fully set forth here.

25      9.      On or about August 21, 2006, within the Northern District of California, and

26  elsewhere, the defendants,

**INDICTMENT**                                                     6

CARLOS IVAN VARGAS, SR.,
JOHN MASAKAZU TASHIRO, and
DANIEL JOSE DOMINGUEZ,

for the purpose of executing said scheme and artifice to defraud, did knowingly cause to be delivered by the United States Postal Service, and by a private commercial interstate carrier, the item described below:

| Count | Date | From | Sent To | Amount | Description |
|-------|------|------|---------|--------|-------------|
| 2 | 08/21/2006 | Palo Alto, CA | San Francisco, CA | $2,547.93 | WSGR check no. 482243 |

All in violation of Title 18, United States Code, Section 1341.

COUNTS THREE THROUGH ELEVEN: (18 U.S.C. § 1343 – Wire Fraud)

10.    The factual allegations contained in paragraphs 1 through 4 are realleged and incorporated as if fully set forth here and in each of Counts Three through Eleven.

11.    On or about the dates listed below, within the Northern District of California, and elsewhere, the defendants,

CARLOS IVAN VARGAS, SR.,
JOHN MASAKAZU TASHIRO, and
DANIEL JOSE DOMINGUEZ,

for the purpose of executing said scheme and artifice to defraud, did knowingly transmit and caused to be transmitted by means of wire communication in interstate commerce certain writings, signs, signals, and pictures, that is, e-mails containing fraudulent orders for tab dividers, as further set forth below:

| Count | Date | From | Sent To | Description |
|-------|------|------|---------|-------------|
| 3 | 12/21/2005 | John Tashiro | Daniel Dominguez | Tab order dated 12/05/2005 (Subject line: "FW: Document you requested") |
| 4 | 12/30/2005 | John Tashiro | Daniel Dominguez | Tab order dated 12/28/2005 (Subject line: "Tab order") |

INDICTMENT                                         7

| 5 | 12/30/2005 | John Tashiro | Daniel Dominguez | Tab order dated 12/30/2005 (Subject line: "2nd tab order") |
|---|---|---|---|---|
| 6 | 03/06/2006 | John Tashiro | Daniel Dominguez | Undated tab order (Subject line: "tab order") |
| 7 | 03/06/2006 | John Tashiro | Daniel Dominguez (cc: Carlos Vargas) | Body of message: "Backdate to February 28th the tab order that was sent by e-mail." |
| 8 | 03/28/2006 | John Tashiro | Daniel Dominguez | Tab order dated 3/21/2006 (message body: "I put the dates on the sheets for you to back order to.") |
| 9 | 03/28/2006 | John Tashiro | Daniel Dominguez | Tab order date 3/23/2006 (subject line: "Tab order 2") |
| 10 | 03/28/2006 | John Tashiro | Daniel Dominguez | Tab order date 3/24/2006 (subject line: "Tab order 3") |
| 11 | 03/28/2006 | John Tashiro | Daniel Dominguez | Tab order date 3/28/2006 (subject line: "Tab order 4") |

All in violation of Title 18, United States Code, Section 1343.

COUNT TWELVE: (18 U.S.C. § 1956(h) – Conspiracy to Commit Money Laundering)

12.     The factual allegations contained in paragraphs 1 through 4 are realleged and incorporated as if fully set forth here.

13.     Beginning no later than on or about September 2002 and continuing at least until November 8, 2006, within the Northern District of California and elsewhere, the defendants,

CARLOS IVAN VARGAS, SR.,
JOHN MASAKAZU TASHIRO, and
DANIEL JOSE DOMINGUEZ,

did knowingly conspire with each other, and with other persons both known and unknown to the grand jury, to commit offenses against the United States in violation of Title 18, United States Code, Section 1956, specifically:

a.     knowing that property involved in a financial transaction represented the proceeds of some form of unlawful activity, and which property was in fact the proceeds of

**INDICTMENT**                                         8

specified unlawful activity, *i.e.*, mail and wire fraud, defendants conducted financial transactions with the intent to promote the carrying on of that specified unlawful activity, in violation of 18 U.S.C. § 1956(a)(1)(A)(i); and

        b.      knowing that property involved in a financial transaction represented the proceeds of some form of unlawful activity, and which property was in fact the proceeds of specified unlawful activity, *i.e.*, mail and wire fraud, defendants conducted financial transactions knowing that those transactions were designed in whole and in part to conceal and disguise the nature, location, source, ownership, and control of the proceeds of that specified unlawful activity, in violation of 18 U.S.C. § 1956(a)(1)(B)(i).

        14.      In order to accomplish the objectives of the conspiracy, the defendants engaged in the following financial transactions, among others:

| Date | Check No. | Issuer | Payee | Amount |
|---|---|---|---|---|
| 10/11/2002 | 411011 | WSGR | APS | $125,057.08 |
| 04/21/2003 | 424283 | WSGR | APS | $13,606.88 |
| 04/28/2003 | 424764 | WSGR | APS | $50,183.38 |
| 05/07/2003 | 425424 | WSGR | APS | $26,665.12 |
| 04/30/2004 | 442274 | WSGR | APS | $26,641.73 |
| 07/30/2004 | 446275 | WSGR | APS | $20,421.90 |
| 09/12/2005 | 465632 | WSGR | APS | $23,081.34 |
| 05/31/2006 | 478373 | WSGR | APS | $18,173.63 |
| 09/26/2003 | 3479 | APS (Vargas) | Petty Cash | $3,781.00 |
| 12/31/2003 | 3918 | APS (Vargas) | Petty Cash | $4,506.25 |
| 12/16/2004 | 5428 | APS (Dominguez) | Petty Cash | $2,578.47 |
| 08/22/2005 | 6453 | APS (Vargas) | Petty Cash | $2,600.89 |
| 04/04/2006 | 7447 | APS (Dominguez) | Petty Cash | $5,236.17 |
| 04/13/2006 | 7503 | APS (Dominguez) | Petty Cash | $5,302.19 |
| 05/21/2005 | 1579 | Vargas (personal account) | Tashiro | $1,000.00 |

INDICTMENT

9

| 06/24/2005 | 1599 | Vargas (personal account) | Tashiro | $1,500.00 |
| 10/28/2005 | 1680 | Vargas (personal account) | Tashiro | $600.00 |

All in violation of Title 18, United States Code, Section 1956(h).

<u>FORFEITURE ALLEGATION</u>: (18 U.S.C. § 982(a)(1) – Money Laundering Forfeiture)

15.     The factual allegations contained in each of Counts One through Twelve of this Indictment are hereby realleged and by this reference fully incorporated here for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 982(a)(1).

16.     Upon a conviction of the offense alleged in Count Twelve, the defendants,

CARLOS IVAN VARGAS, SR.,<br>
JOHN MASAKAZU TASHIRO, and<br>
DANIEL JOSE DOMINGUEZ,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 982(a)(1), all right, title and interest in property, real and personal, involved in said violations, or any property traceable to such property, including but not limited to: a money judgment in the sum of $1,060,023.04, representing the amount of gross proceeds obtained as a result of the offense.

DATED:                                              A TRUE BILL

SepTember 2, 2009                       _Jim Bonta_
                                                        FOREPERSON


JOSEPH P. RUSSONIELLO
United States Attorney

_David R. Callaway_
DAVID R. CALLAWAY
Chief, San Jose Branch

(Approved as to form: _DRC_ )
                           AUSA Callaway

**INDICTMENT**                          10

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☑ INDICTMENT
   ☐ SUPERSEDING

FILED

—— OFFENSE CHARGED ——

SEE ATTACHMENT

2009 SEP -3  A 9: 21

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

☐ Petty
☐ Minor
☐ Misde-
   meanor
☑ Felony

PENALTY:
SEE ATTACHMENT

| Name of District Court, and/or Judge/Magistrate Location |
|---|
| NORTHERN DISTRICT OF CALIFORNIA |

E-filing

—— DEFENDANT - U.S. ——

▶ CARLOS IVAN VARGAS, SR.

DISTRICT COURT NUMBER

# CR - 09   00888

JF
PVT

—————— PROCEEDING ——————

Name of Complaintant Agency, or Person (&Title, if any)

S/A CONNIE MILITANO-I.R.S.-CID

☐ person is awaiting trial in another Federal or State
   Court, give name of court

☐ this person/proceeding is transferred from another
   district per (circle one) FRCrP 20, 21 or 40.  Show
   District

☐ this is a reprosecution of
   charges previously dismissed
   which were dismissed on
   motion of:
      ☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a
   pending case involving this same
   defendant

☐ prior proceedings or appearance(s)
   before U.S. Magistrate regarding
   this defendant were recorded under

}

}
}

SHOW
DOCKET NO.

MAGISTRATE
CASE NO.

Name and Office of Person
Furnishing Information on    JOSEPH P. RUSSONIELLO
   THIS FORM
      ☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y
   (if assigned)    DAVID CALLAWAY

—————— DEFENDANT ——————

IS *NOT* IN CUSTODY
   Has not been arrested, pending outcome this proceeding.
1) ☑ If not detained give date any prior summons
      was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY

4) ☐ On this charge

5) ☐ On another conviction
6) ☐ Awaiting trial on other
      charges    }    ☐ Fed'l ☐ State

   If answer to (6) is "Yes", show name of institution

Has detainer    ☐ Yes    If "Yes"
been filed?     ☐ No      give date
                          filed

DATE OF          Month/Day/Year
ARREST      ▶

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED    Month/Day/Year
TO U.S. CUSTODY  ▶

☐ This report amends AO 257 previously submitted

—— ADDITIONAL INFORMATION OR COMMENTS ——

PROCESS:
☑ SUMMONS  ☐ NO PROCESS*    ☐ WARRANT    Bail Amount: $50,000 PR bond

   If Summons, complete following:
      ☐ Arraignment  ☑ Initial Appearance

   *Where defendant previously apprehended on complaint, no new summons
   or warrant needed, since Magistrate has scheduled arraignment

   Defendant Address:
   c/o Peter Goodman
   400 Montgomery St 2nd Floor
   San Francisco, CA 94104

   Date/Time: October 8, 2009, 9:30 a.m.

   Before Judge: PATRICIA V. TRUMBULL

Comments: Attorney has agreed to accept service and to appear with his client at the above date and time.

A7

**ATTACHMENT TO PENALTY SHEETS**
**U.S. v. CARLOS IVAN VARGAS, SR.,**
JOHN MASAKAZU TASHIRO and
DANIEL JOSE DOMINGUEZ

**COUNT ONE**: Title18, United States Code, Section 371 – Conspiracy to Commit Mail and
Wire Fraud.

> Penalties:    5 years imprisonment;
> $250,000 fine (or twice the gross gain or gross loss);
> Three years supervised release;
> $100 special assessment.

**COUNT TWO**: Title18, United States Code, Section 1341 – Mail Fraud.

> Penalties:    Up to twenty years imprisonment;
> $250,000 fine (or twice the gain/loss);
> Three years supervised release;
> $100 special assessment.

**COUNTS THREE THROUGH ELEVEN**: Title18, United States Code, Section 1343 – Wire
Fraud.

> Penalties:    Up to twenty years imprisonment;
> $250,000 fine (or twice the gain/loss);
> Three years supervised release;
> $100 special assessment.

**COUNT TWELVE**: Title18, United States Code, Section 1956(h) – Conspiracy to Commit
Money Laundering.

> Penalties:    20 years imprisonment;
> $500,000 fine (or twice the gross gain or gross loss);
> Three years supervised release;
> $100 special assessment.

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☑ INDICTMENT
☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

FILED

---- OFFENSE CHARGED ----

SEE ATTACHMENT

☐ Petty
☐ Minor
☐ Misde-meanor
☑ Felony

PENALTY:
SEE ATTACHMENT

E-filing

**DEFENDANT - U.S.**

2009 SEP -3  A 9: 20

▶ JOHN MASAKAZU TASHIRO

DISTRICT COURT NUMBER

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT.
NO. DIST. OF CA., S.J.

CR-09  00888  JF

PVT

---- PROCEEDING ----
Name of Complaintant Agency, or Person (&Title, if any)

S/A CONNIE MILITANO-I.R.S.-CID

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on THIS FORM    JOSEPH P. RUSSONIELLO
☑ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)    DAVID CALLAWAY

---- DEFENDANT ----

**IS *NOT* IN CUSTODY**
1) ☑ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges
☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?
☐ Yes
☐ No
If "Yes" give date filed

**DATE OF ARREST** ▶
Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶
Month/Day/Year

☐ This report amends AO 257 previously submitted

---- ADDITIONAL INFORMATION OR COMMENTS ----

PROCESS:
☑ SUMMONS ☐ NO PROCESS* ☐ WARRANT    Bail Amount: $50,000 PR bond

If Summons, complete following:
☐ Arraignment ☑ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: October 8, 2009, 9:30 a.m.

Before Judge: PATRICIA V. TRUMBULL

Comments: IRS will serve the summons if USMS requests.

### ATTACHMENT TO PENALTY SHEETS
**U.S. v.** CARLOS IVAN VARGAS, SR.,
JOHN MASAKAZU TASHIRO and
DANIEL JOSE DOMINGUEZ

**COUNT ONE**: Title18, United States Code, Section 371 – Conspiracy to Commit Mail and Wire Fraud.

|  Penalties: | 5 years imprisonment; |
| --- | --- |
|  | $250,000 fine (or twice the gross gain or gross loss); |
|  | Three years supervised release; |
|  | $100 special assessment. |

**COUNT TWO**: Title18, United States Code, Section 1341 – Mail Fraud.

|  Penalties: | Up to twenty years imprisonment; |
| --- | --- |
|  | $250,000 fine (or twice the gain/loss); |
|  | Three years supervised release; |
|  | $100 special assessment. |

**COUNTS THREE THROUGH ELEVEN**: Title18, United States Code, Section 1343 – Wire Fraud.

|  Penalties: | Up to twenty years imprisonment; |
| --- | --- |
|  | $250,000 fine (or twice the gain/loss); |
|  | Three years supervised release; |
|  | $100 special assessment. |

**COUNT TWELVE**: Title18, United States Code, Section 1956(h) – Conspiracy to Commit Money Laundering.

|  Penalties: | 20 years imprisonment; |
| --- | --- |
|  | $500,000 fine (or twice the gross gain or gross loss); |
|  | Three years supervised release; |
|  | $100 special assessment. |

A2

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☑ INDICTMENT
☐ SUPERSEDING

*FILED*
*E-filing*

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

—— OFFENSE CHARGED ——

SEE ATTACHMENT   2009 SEP -3  A 20

☐ Petty
☐ Minor
☐ Misde-meanor
☑ Felony

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S

PENALTY:
SEE ATTACHMENT

—— DEFENDANT - U.S. ——

▶ DANIEL JOSE DOMINGUEZ

DISTRICT COURT NUMBER

# CR - 09  00888  JF  PVT

—— PROCEEDING ——
Name of Complaintant Agency, or Person (&Title, if any)

S/A CONNIE MILITANO-I.R.S.-CID

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM   JOSEPH P. RUSSONIELLO
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)   DAVID CALLAWAY

—— DEFENDANT ——

**IS NOT IN CUSTODY**
1) ☑ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges  ☐ Fed'l ☐ State
If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No   If "Yes" give date filed

DATE OF ARREST   Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY   Month/Day/Year

☐ This report amends AO 257 previously submitted

—— ADDITIONAL INFORMATION OR COMMENTS ——

PROCESS:
☑ SUMMONS  ☐ NO PROCESS*  ☐ WARRANT   Bail Amount: $50,000 PR bond

If Summons, complete following:
☐ Arraignment  ☑ Initial Appearance

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address:
c/o John Jordan
400 Montgomery St #200
San Francisco, CA 94104

Date/Time: October 8, 2009, 9:30 a.m.
Before Judge: PATRICIA V. TRUMBULL

Comments: Attorney has agreed to accept service and to appear with his client at the above date and time

13

## ATTACHMENT TO PENALTY SHEETS
### U.S. v. CARLOS IVAN VARGAS, SR.,
### JOHN MASAKAZU TASHIRO and
### DANIEL JOSE DOMINGUEZ

**COUNT ONE**: Title18, United States Code, Section 371 – Conspiracy to Commit Mail and Wire Fraud.

      Penalties:        5 years imprisonment;
                                $250,000 fine (or twice the gross gain or gross loss);
                                Three years supervised release;
                                $100 special assessment.

**COUNT TWO**: Title18, United States Code, Section 1341 – Mail Fraud.

      Penalties:        Up to twenty years imprisonment;
                                  $250,000 fine (or twice the gain/loss);
                                Three years supervised release;
                                $100 special assessment.

**COUNTS THREE THROUGH ELEVEN**: Title18, United States Code, Section 1343 – Wire Fraud.

      Penalties:        Up to twenty years imprisonment;
                                  $250,000 fine (or twice the gain/loss);
                                Three years supervised release;
                                $100 special assessment.

**COUNT TWELVE**: Title18, United States Code, Section 1956(h) – Conspiracy to Commit Money Laundering.

      Penalties:        20 years imprisonment;
                                  $500,000 fine (or twice the gross gain or gross loss);
                                Three years supervised release;
                                $100 special assessment.