1  PETER GOODMAN, ESQ.
   State Bar No. 65975
2  400 Montgomery Street, Second Floor
   San Francisco, California  94104
3  Telephone: (4l5) 781-8866
   Facsimile:  (415) 781-2266
4
   Attorney for Defendant
5  CARLOS IVAN VARGAS, SR.

6

7                  UNITED STATES DISTRICT COURT

8                NORTHERN DISTRICT OF CALIFORNIA

9                      SAN JOSE  DIVISION

10
   UNITED STATES OF AMERICA,          )  No.  CR-09-00888 JF
11                                     )
              Plaintiff,               )  STIPULATION AND [PROPOSED] ORDER
12                                     )  CONTINUING STATUS CONFERENCE
          vs.                          )
13                                     )
   CARLOS IVAN VARGAS, SR., et al.,    )
14                                     )
              Defendants.              )
15                                     )
                                       )
16  _____)

17        Plaintiff UNITED STATES OF AMERICA, through its counsel of record, Assistant

18  United States Attorney ("AUSA") Jeffrey B. Schenk, and defendants CARLOS IVAN

19  VARGAS, SR., JOHN MASAKAZU TASHIRO and DANIEL JOSE DOMINGUEZ,

20  through their respective counsel of record, Peter Goodman, Assistant Federal Defender

21  ("AFD") Varell Fuller and John J. Jordan, hereby stipulate and agree as follows:

22        1.      A Status Conference in this matter is presently scheduled for Thursday,

23  February 25, 2010, at 9:00 a.m.

24        2.      Counsel for defendant VARGAS recently retained a forensic accounting

25  expert to review thousands of pages of business records provided in discovery which

26  are said to detail the mail and wire fraud conspiracy alleged against defendant VARGAS

27  and his co-defendants in the indictment.  Counsel for defendant VARGAS believes that

28  it will be difficult to advise his client of the possible sentence the defendant is facing and

1   attempt to negotiate a favorable settlement in this matter until counsel has a better

2   idea of the quality of the government's proof as to the amount of loss.  Working with

3   his retained expert, defense counsel anticipates that the contemplated review will be

4   completed in thirty days.

5        3.      In order to allow sufficient time for that review to occur and because AUSA

6   Schenk anticipates being in trial the last two weeks in March, the parties agree and are

7   requesting this Court to order that the Status Conference presently set for February 25,

8   2010, at 9:00 a.m. be continued to April 8, 2010, at 9:00 a.m.

9   SO STIPULATED

10  DATED:   February 23, 2010

11

12

13  _____
                                /s/
    JEFFREY P. SCHENK
    Assistant United States Attorney

14

15  SO STIPULATED

16  DATED:   February 23, 2010

17

18  _____
                                /s/
    PETER GOODMAN
19  Attorney for Defendant
    CARLOS IVAN VARGAS, SR.

20

21  SO STIPULATED

22  DATED:   February 23, 2010

23

24  _____
                                /s/
    VARELL FULLER
25  Assistant Federal Defender
    Attorney for Defendant
26  JOHN MASAKAZU TASHIRO

27  ///

28  ///

1  SO STIPULATED

2  DATED:   February 23, 2010

3

4                                        /s/
   _____
                                        JOHN J. JORDAN
5                                       Attorney for Defendant
                                        DANIEL JOSE DOMINGUEZ
6

7       GOOD CAUSE APPEARING from the parties' Stipulation Continuing Status

8  Conference, IT IS HEREBY ORDERED that the Status Conference in this matter, which

9  is scheduled for February 25, 2010, at 9:00 a.m., be continued to April 8, 2010, at 9:00

10  a.m.

11  DATED:   2/24/10

12

13  _____
    JEREMY D. FOGEL
14  United States District Court Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28