BARRY J. PORTMAN
VARELL L. FULLER
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant  TASHIRO

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR 09-00888-02-JF |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND [PROPOSED] ORDER CONTINUING SENTENCING HEARING |
| vs. | ) | |
| JOHN MASAKAZU TASHIRO, | ) | |
| Defendants. | ) | |

**STIPULATION**

The parties, by and through their respective counsel, hereby stipulate and agree that the sentencing hearing currently set for Thursday, September 2, 2010, at 9:00 a.m., may be continued to Thursday, October, 14, 2010, at 9:00 a.m., the date currently set for the sentencing hearing of Mr. Tashiro's co-defendant, Daniel J. Dominquez.  The requested continuance is to permit defense counsel additional time to complete the sentencing mitigation investigation.  The United States Probation Office has been consulted about the requested continuance and has no objection.

Dated:  August 24, 2010

_____/s/_____
VARELL L. FULLER
Assistant Federal Public Defender

Stipulation and [Proposed] Order Continuing
Sentencing Hearing, CR 09-00888-02 JF

1

1  Dated:  August 24, 2010

2  _____/s/_____
   JEFFREY B. SCHENK
3  Assistant United States Attorney

4
                    **[PROPOSED] ORDER**
5
      Good cause appearing and by stipulation of the parties, it is hereby ordered that the
6
   sentencing hearing date set for Thursday, September 2, 2010, at 9:00 a.m., may be continued to
7
   Thursday, October 14, 2010, at 9:00 a.m.
8
      It is so ordered.
9

10
   Dated: August 30, 2010
11
                                    _____
12                                  THE HON. JEREMY FOGEL
                                    United States District Court Judge
13

Stipulation and [Proposed] Order Continuing
Sentencing Hearing, CR 09-00888-02 JF

2